# UNITED STATES DISTRICT COURT

_____****_____DISTRICT OF__NEVADA_____

DANNY MAXFIELD,

               Plaintiff,

     v.

DWANE DEAL, et al.,

               Defendant(s).

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:16-cv-00709-RCJ-WGC**

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**_X_**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Count I of Plaintiff's complaint, alleging violation of his Fourteenth Amendment due process rights, is dismissed without prejudice to the filing of an action in habeas.

    **IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claim alleging violation of Nevada Revised Statute § 213.1519. Count II of the complaint is therefore dismissed without prejudice.

September 20, 2017

**DEBRA K. KEMPI**
Clerk


 /s/ K. Rusin
Deputy Clerk